UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTIONETTE SLAUGHTER,<br><br>            Plaintiff,<br><br>    v.<br><br>VALLEY VIEW I LP, et al.,<br><br>            Defendants. | CASE NO. 2:24-cv-00585-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is GRANTED under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. This is Plaintiff's third case against the same defendants. See Case Nos. C23-1360-JLR and C24-273-RSM.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 28th day of May, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1